# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| NovaStar Mortgage, Inc. | Case No. 1:07-cv-1128 |
| Plaintiff, | Judge Christopher A. Boyko |
| vs. | **ORDER DIRECTING MASTER COMMISSIONER TO PROCEED WITH FORECLOSURE SALE** |
| Tirrell Edwards, et al. | |
| Defendants. | |

UNITED STATES DISTRICT JUDGE CHRISTOPHER A. BOYKO

This cause came on for consideration upon the motion of Plaintiff NovaStar Mortgage, Inc., for an Order directing the foreclosure sale, at public auction, of the subject real property by a master commissioner.

IT APPEARING to the Court that the Default Judgment and Decree in Foreclosure, entered by this Court on July 17, 2007, authorizes the sale of the property located at 3739 Northvale Boulevard, Cleveland Heights, OH 44112.

IT FURTHER APPEARING to the Court that a master commissioner should immediately proceed with the sale of the subject property at public auction, subject to the relevant notice and advertising requirements mandated by federal law.

IT IS THEREFORE ORDERED that the motion of Plaintiff be and hereby is granted, that execution shall immediately issue on the Default Judgment and Decree in Foreclosure, and that a master commissioner is hereby ordered and directed to proceed with the sale of the real property located at 3739 Northvale Boulevard, Cleveland Heights, OH 44112.

IT IS SO ORDERED.

  s/Christopher A. Boyko
_____
Christopher A. Boyko
United States District Court Judge

August 13, 2007

 /s/  Kevin L. Williams
_____
Kevin L. Williams (0061656)
Manley Deas Kochalski LLC
P. O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-222-4921
Fax:  614-220-5613
Email: klw-f@mdk-llc.com
Attorney for Plaintiff